HEATHER E. WILLIAMS, #122664
Federal Defender
ALEXANDRA P. NEGIN #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>  Plaintiff, </br></br>  v. </br></br> JESSIE WRIGHT, </br></br>  Defendant. | No. 15-cr-035 TLN </br></br> STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY RELEASE </br></br> Judge: Hon. Carolyn K. Delaney |

The parties hereby stipulate and request that the Court issue an order granting Mr. Wright's temporary release on Friday, February 20, 2015 from 9:00 a.m. to 2:00 p.m. to allow him to attend the funeral of his mother, Marian Wright. Assistant United States Attorney, Justin Lee, and Pretrial Services Officer, Amaryllis Gonzalez do not oppose this request.

On February 7, 2015, Mr. Wright's mother, Marian Wright, died after being ill for some time. Prior to Mr. Wright's arrest, he was the primary caretaker of his mother. Counsel for the defense has spoken with Mr. Wright's fiancé, Marquell Witten, and she has asked that the Court consider the temporary release of Mr. Wright.

This Court previously detained Mr. Wright after initial appearance on the complaint that alleged violations of 21 U.S.C. § 841(a)(1) and 846 and 841(1)(1), distribution of methamphetamine and conspiracy to distribute methamphetamine. An indictment was filed in this case on February 5, 2015.

The parties stipulate and agree: that Mr. Wright be transported to the United States Marshal's Office on the 5th Floor of the United States Courthouse the morning of February 20, 2015; that Mr. Wright be temporarily released from the Marshal's Office to the custody of Investigators Linda Humble and Henry Hawkins from the Office of the Federal Defender on February 20, 2015, from 9:00 a.m. to 2:00 p.m.; and, that the investigators limit Mr. Wright's activity solely to traveling to the funeral services, attending the services, and then returning to the Marshal's Office by 2:00 p.m.

The funeral services will occur at Sylvan Cemetery District, 7401 Auburn Boulevard, Sacramento, CA 95610, on February 20, 2015, at 11:00 a.m. Investigators Humble and Hawkins will escort Mr. Wright to the cemetery and return him to the Marshal's Office. Mr. Wright will remain in the custody of the Federal Defender investigators during the entire time of his temporary release. The investigators will provide the United States Marshal's Office with Mr. Wright's street clothes the day of his temporary release.

Counsel for Mr. Wright has conferred with the United States Marshal's Office, and has confirmed the Marshals will accommodate this plan so long as the Court approves of it.

DATED: February 18, 2015                    Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            /s/ Lexi Negin

                                            LEXI P. NEGIN
                                            Assistant Federal Defender
                                            Attorneys for Defendant


DATED: February 18, 2015                    BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ Justin Lee

                                            JUSTIN LEE
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation of the parties in its entirety as its order.

The Court hereby orders Mr. Wright's temporary release from the United States Marshal to the custody of Investigators Linda Humble and Henry Hawkins from the Office of the Federal Defender on February 20, 2015, from 9:00 a.m. to 2:00 p.m.

Mr. Wright's activity will be limited to traveling to the funeral services described above, attending the services, and then returning to the Marshal's Office by 2:00 p.m.  Mr. Wright will remain in the custody of the Federal Defender investigators during the entire time of his temporary release.

Dated:  February 18, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE