BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JESSIE TERRELL WRIGHT,<br><br>            Defendant. | CASE NO. 2:15-CR-00035-JAM<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN UNITED STATES'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the representation contained in the United States's Request to Seal, IT IS HEREBY ORDERED that the two-page document pertaining to defendant Jessie Wright, and United States's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the United States and counsel for the defendant.

Dated: April 12, 2016

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER SEALING DOCUMENTS AS SET FORTH IN UNITED STATES'S NOTICE

1